NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARCUS PRICE, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> JAMES H. CHEN; NAPA STATE HOSPITAL; CALIFORNIA DEPARTMENT OF STATE HOSPITALS, <br><br> Defendants - Appellees. | No. 24-5162 <br><br> D.C. No. 4:22-cv-03243-JSW <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the Northern District of California
Jeffrey S. White, District Judge, Presiding

Submitted March 16, 2026**

Before:     SILVERMAN, NGUYEN, and HURWITZ, Circuit Judges.

Marcus Price appeals pro se from the district court's summary judgment in

his 42 U.S.C. § 1983 action alleging violations of his Fourteenth Amendment

rights as an involuntarily committed individual. We have jurisdiction under

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

28 U.S.C. § 1291. We review de novo. *Desire, LLC v. Manna Textiles, Inc.*, 986 F.3d 1253, 1259 (9th Cir. 2021). We affirm.

The district court properly granted summary judgment in favor of defendant Chen because Price failed to raise a genuine dispute of material fact as to whether Chen was involved in any alleged violations of Price's constitutional rights. *See Jones v. Williams*, 297 F.3d 930, 934 (9th Cir. 2002) ("In order for a person acting under color of state law to be liable under section 1983 there must be a showing of personal participation in the alleged rights deprivation.").

Price's motion for relief (Docket Entry No. 20) is denied.

**AFFIRMED.**

24-5162